**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|   |   |
|---|---|
| Shirley M. Medina, ) | No. CV-13-1760-PHX-LOA |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Carolyn W. Colvin, Acting Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This appeal arises on the Commissioner's Motion to Stay Defendant's Magistrate Judge Election Form. (Doc. 16) The Motion indicates that "[o]pposing counsel has authorized counsel for the Government to state that the Plaintiff has no objection to this motion." (*Id*., ¶ 5 at 2)

In light of the lack of funding resulting from the Government's shutdown and the prohibition of non-essential governmental employees from performing voluntary services, there being no objection, and good cause appearing, the Commissioner's Motion will be granted. Commissioner will be ordered to notify the Court in writing when funding resumes, upon which the Court will lift the stay and enter appropriate orders.

Accordingly,

**IT IS ORDERED** that the Commissioner's Motion to Stay Defendant's Magistrate Judge Election Form, doc. 16, is **GRANTED**. This appeal is hereby **STAYED** pending the resumption of funding for the Department of Justice and the Social Security Administration.

**IT IS FURTHER ORDERED** that Commissioner shall notify this Court in writing when funding for the two agencies resumes, upon which the Court will issue an order to lift

1 the stay and enter appropriate orders.

2     DATED this 11th day of October, 2013.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge

- 2 -